UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

OCTAVIER CEDRIC BUSHNELL,

                Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

                Defendant.

Case No. 12-5249 RBL-KLS

REPORT AND RECOMMENDATION

      This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule MJR 4(a)(4) and as authorized by <u>Mathews, Secretary of H.E.W. v. Weber</u>, 423 U.S. 261 (1976). This matter is before the Court on the stipulated motion for remand. (ECF #12). After reviewing the parties' stipulated motion and the remaining record, the undersigned recommends that the Court grant the parties' motion, and remand this matter pursuant to sentence six of 42 U.S.C. § 405(g) to the Commissioner for further proceedings.

      This Court recommends that on remand the Appeals Council will remand the matter to an administrative law judge who shall afford the plaintiff a de novo hearing. This Court shall retain jurisdiction over this action pending further administrative development of the record pursuant to 42 U.S.C. § 405(g).

      If the outcome is still unfavorable to Plaintiff, he may seek judicial review by reinstating this case rather than by filing a new complaint.

REPORT AND RECOMMENDATION - 1

Given the fact of the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED.** A proposed order accompanies this Report and Recommendation.

DATED this 22nd day of May, 2012.

Karen L. Strombom
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2