UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

OCTAVIER CEDRIC BUSHNELL,

                Plaintiff,

   v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

                Defendant.

Case No. 12-5249 RBL-KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the court on the Report and Recommendation of Magistrate Judge Karen L. Strombom [ECF #13] recommending that this case be remanded, based on the stipulation of the parties [ECF #12].  It is therefore ORDERED

(1)  The Court ADOPTS the Report and Recommendation;

(2)  The Court REVERSES and REMANDS for further administrative proceedings; and

(3)  The Clerk shall direct copies of this Order to all Counsel and Judge Strombom.

DATED this 24TH day of May, 2011.

*Ronald B. Leighton*
Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1