FILED ___ LODGED
___ RECEIVED

FEB 11 2013

WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| OCTAVIER CEDRIC BUSHNELL, | Civil No. 3:12-CV-05249-RBL |
| Plaintiff, | |
| vs. | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

It is hereby ORDERED and ADJUDGED that pursuant to 42 USC § 405(g), the Court affirms the final decision of the Commissioner awarding disability insurance benefits under the Social Security Act, dated August 31, 2012.

DATED this 10th day of February 2013.

_____
UNITED STATES DISTRICT JUDGE

Page 1    JUDGMENT - [3:12-CV-05249-RBL]