FILED ___ LODGED
RECEIVED

FEB 11 2013

WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

OCTAVIER CEDRIC BUSHNELL,

Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant.

Civil No. 3:12-CV-05249-RBL

JUDGMENT

It is hereby ORDERED and ADJUDGED that pursuant to 42 USC § 405(g), the Court

affirms the final decision of the Commissioner awarding disability insurance benefits under the

Social Security Act, dated August 31, 2012.

DATED this _10th_ day of _February_ 2013.

_____
UNITED STATES DISTRICT JUDGE

Page 1     JUDGMENT - [3:12-CV-05249-RBL]